DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFREDO LEON, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1162

[June 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312014CF001509A.

Alfredo Leon, Jr., Quincy, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***